UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                No. C-11-5282 EMC (pr)

MICHAEL McNEIL,

**ORDER OF DISMISSAL**

            Plaintiff.

_____/

        This action was opened on October 31, 2011, when the Court received from Michael McNeil a letter in which he complained about prison conditions. On that date, the Court notified Mr. McNeil in writing that his action was deficient in that he had not attached a complaint or petition, and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint or petition within thirty days. Mr. McNeil then sent a letter to the Court stating that it was not his intent to file a civil action, and did not want to incur the filing fee obligation. Accordingly, this action is **DISMISSED** because it was opened in error. The Clerk shall mail Plaintiff's documents back to him and close the file. No filing fee is due.

        IT IS SO ORDERED.

Dated: March 23, 2012

                                                               _____
                                                                EDWARD M. CHEN
                                                                United States District Judge