UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                       No. C-11-4857 EMC (pr)

DEXTER BROWN,

        Plaintiff.                             **ORDER OF DISMISSAL**
_____/

      This action was opened on September 30, 2011, when the Court received from Dexter Brown a letter to Judge Henderson complaining about prison conditions. On that date, the Court notified Mr. Brown in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint or petition within thirty days. Mr. Brown has failed to provide the Court with either a complaint or petition and the deadline to do so has passed. He also has not filed an *in forma pauperis* application. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

      IT IS SO ORDERED.

Dated: March 23, 2012

                                                                        _____
                                                                        EDWARD M. CHEN
                                                                        United States District Judge